FARYAN ANDREW AFIFI (SBN 167344)
AFIFI LAW GROUP
1801 Century Park East, Suite 1100
Los Angeles, CA 90067
faryan@afifilaw.com

Tel: (310) 407-3000
Fax: (310) 407-3004

Attorney For Defendant,
YUCATAN FOODS, LP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY P. SWEARINGEN and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>YUCATAN FOODS, L.P.,<br><br>    Defendant. | CASE NO. 13-CV-3544 RS<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Filed:    July 31, 2013<br>Complaint Served:    August 8, 2013<br>Current Response Date:    August 29, 2013<br>New Response Date:    September 30, 2013 |

    The Court having considered the parties' Stipulation to Extend Time to Respond to Initial Complaint, and finding good cause for the stipulated relief, hereby ORDERS the following:

    The time for Defendant, YUCATAN FOODS, L.P., to respond to Plaintiff's Complaint shall be extended to September 30, 2013.

-1-

[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

-2-

1     Defendant, YUCATAN FOODS, L.P. shall have the right to seek, by stipulation or otherwise, further extensions of time to respond to the Complaint as may be appropriate.

**IT IS SO ORDERED.**

Dated: August 30, 2013     By: _____
                                                     HON. RICHARD SEEBORG
                                                     United State District Judge

-2-

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT