1  FARYAN ANDREW AFIFI (SBN 167344)
   AFIFI LAW GROUP
2  1801 Century Park East, Suite 1100
   Los Angeles, CA 90067
3  faryan@afifilaw.com

4  Tel:   (310) 407-3000
   Fax:   (310) 407-3004
5

6  Attorney For Defendant,
   YUCATAN FOODS, LP
7

8                   UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY P. SWEARINGEN and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>YUCATAN FOODS, L.P.,<br><br>            Defendant. | CASE NO.  13-CV-3544 RS<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Filed:         July 31, 2013<br>Complaint Served:        August 8, 2013<br>Current Response Date:   August 29, 2013<br>New Response Date:       September 30, 2013 |

    The Court having considered the parties' Stipulation to Extend Time to Respond to Initial Complaint, and finding good cause for the stipulated relief, hereby ORDERS the following:

    The time for Defendant, YUCATAN FOODS, L.P., to respond to Plaintiff's Complaint shall be extended to September 30, 2013.

-1-

[~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

-2-

1  Defendant, YUCATAN FOODS, L.P. shall have the right to seek, by stipulation or
2  otherwise, further extensions of time to respond to the Complaint as may be appropriate.

4  **IT IS SO ORDERED.**

8  Dated: August _30_, 2013      By: _____
                                      HON. RICHARD SEEBORG
                                      United State District Judge

-2-

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT