FARYAN ANDREW AFIFI (SBN 167344)
AFIFI LAW GROUP
1801 Century Park East, Suite 1100
Los Angeles, CA 90067
faryan@afifilaw.com

Tel:   (310) 407-3000
Fax:   (310) 407-3004

Attorney For Defendant,
YUCATAN FOODS, LP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY P. SWEARINGEN and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>YUCATAN FOODS, L.P.,<br><br>　　　　　Defendant. | CASE NO.  13-CV-3544 RS<br><br>ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Filed:　　　　July 31, 2013<br>Complaint Served:　　　August 8, 2013<br>Current Response Date: October 1, 2013<br>New Response Date:　　November 1, 2013 |

　　　The Court having considered the parties' Stipulation to Extend Time to Respond to Initial Complaint, and finding good cause for the stipulated relief, hereby ORDERS the following:

　　　The time for Defendant, YUCATAN FOODS, L.P., to respond to Plaintiff's Complaint shall be extended to November 1, 2013.

-1-

ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Defendant, YUCATAN FOODS, L.P. shall have the right to seek, by stipulation or otherwise, further extensions of time to respond to the Complaint as may be appropriate.

**IT IS SO ORDERED.**

Dated: October _1_, 2013          By: _____
                                  HON. RICHARD SEEBORG
                                  United State District Judge

-2-

ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT