```
 1  FARYAN ANDREW AFIFI (SBN 167344)
    AFIFI LAW GROUP
 2  1801 Century Park East, Suite 1100
    Los Angeles, CA 90067
 3  faryan@afifilaw.com

 4  Tel:    (310) 407-3000
    Fax:    (310) 407-3004
 5

 6  Attorney For Defendant,
    YUCATAN FOODS, LP
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY P. SWEARINGEN and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>YUCATAN FOODS, L.P.,<br><br>　　　　　Defendant. | CASE NO.  13-CV-3544 RS<br><br>ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Filed:　　　　July 31, 2013<br>Complaint Served:　　　August 8, 2013<br>Current Response Date:　October 1, 2013<br>New Response Date:　　November 1, 2013 |

　　　The Court having considered the parties' Stipulation to Extend Time to Respond to Initial Complaint, and finding good cause for the stipulated relief, hereby ORDERS the following:

　　　The time for Defendant, YUCATAN FOODS, L.P., to respond to Plaintiff's Complaint shall be extended to November 1, 2013.

-1-

-2-

Defendant, YUCATAN FOODS, L.P. shall have the right to seek, by stipulation or otherwise, further extensions of time to respond to the Complaint as may be appropriate.

**IT IS SO ORDERED.**

Dated: October _1_, 2013            By: _____
                                         HON. RICHARD SEEBORG
                                         United State District Judge