FARYAN ANDREW AFIFI (SBN 167344)
AFIFI LAW GROUP
1801 Century Park East, Suite 1100
Los Angeles, CA 90067
faryan@afifilaw.com

Tel:   (310) 407-3000
Fax:   (310) 407-3004

Attorney For Defendant,
YUCATAN FOODS, LP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY P. SWEARINGEN and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>YUCATAN FOODS, L.P.,<br><br>　　　　　　　　Defendant. | CASE NO.   13-CV-3544 RS<br><br>ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 15 DAYS, AS MODIFIED BY THE COURT<br><br>Complaint Filed:　　　July 31, 2013<br>Complaint Served:　　August 8, 2013<br>Current Response Date:　November 1, 2013<br>New Response Date:　　November 18, 2013 |

　　　　The Court having considered the parties' Stipulation to Extend Time to Respond to Initial Complaint by an Additional 15 Days, and finding good cause for the stipulated relief, hereby ORDERS the following:

-1-
ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 15 DAYS

1   The time for Defendant, YUCATAN FOODS, L.P., to respond to Plaintiff's Complaint shall
2   be extended to November 18, 2013.
3   Defendant, YUCATAN FOODS, L.P. shall have the right to seek, by stipulation or
4   otherwise, further extensions of time to respond to the Complaint as may be appropriate.
5   The Case Management Conference scheduled on November 7, 2013 shall be continued to December 12, 2013 at 10:00
6   a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file
7   a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a
8   request to appear by telephone. If any party files such a request, all parties shall appear telephonically at **11:00 a.m.** and must contact
9   Court Conference at 866/582-6878 at least one week prior to the Conference.

12   **IT IS SO ORDERED.**

15   Dated: November 1, 2013          By: _____
16                                         HON. RICHARD SEEBORG
                                           United State District Judge

-2-
ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 15 DAYS