Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425,
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

(Additional counsel on signature page)

*Attorneys for Plaintiffs Mary P. Swearingen and Joshua Ogden*

FARYAN ANDREW AFIFI (SBN 167344)
AFIFI LAW GROUP
1801 Century Park East, Suite 1100
Los Angeles, CA 90067
*faryan@afifilaw.com*
Tel.: 310.407.3000 Fax: 310.407.3004

*Attorneys for Defendant YUCATAN FOODS, L.P.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY P. SWEARINGEN and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YUCATAN FOODS, L.P.,<br><br>Defendant. | CASE NO. 13-CV-3544 RS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION and [~~PROPOSED~~] ORDER re BRIEFING and HEARING SCHEDULE for DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date: January 9, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Richard Seeborg<br>Action Filed: July 31, 2013 |

  The parties, Mary P. Swearingen and Joshua Ogden ("Plaintiffs") and Yucatan Foods, L.P. ("Defendant"), submit this Joint Stipulation and Proposed Order to set a briefing schedule and hearing date for Defendant's pending Motion to Dismiss (the "Motion") Plaintiffs' Class Action Complaint (the "Complaint").

-1-
CV13-3544-RS
JOINT STIPULATION RE DEFENDANT'S MOTION TO DISMISS COMPLAINT; [PROPOSED ORDER]

1  Defendant filed the Motion on November 18, 2013.  Under Local Rule 7, Plaintiffs'
2  response is due on December 2, 2013, and Defendant's reply is due on December 9, 2013.  The
3  Motion was noticed for hearing on January 9, 2014.

4  The parties desire additional time to prepare their briefs, as explained in the accompanying
5  Declaration of Pierce Gore In Support of Stipulation.  Under Local Rule 6-2(a), and subject to the
6  Court's approval, the parties stipulate as follows:

7  Plaintiffs' response to the Motion shall be due on January 10, 2014, Defendant's reply
8  shall be due on January 23, 2014, and the Motion shall be scheduled for hearing on February 6,
9  2014.

10  DATED: November 22, 2013        /s/ *Pierce Gore*
                                    Pierce Gore
11                                  PRATT & ASSOCIATES

12                                  David P. Wilson
                                    Jane S. Leger
13                                  PROVOST & UMPHREY LAW FIRM, L.L.P.
                                    490 Park Street
14                                  Beaumont, TX 77701
                                    Telephone: (409) 835-6000
15                                  Fax: (409) 838-8888
                                    dwilson@pulf.com
16                                  jleger@pulf.com

17                                  Attorneys for Plaintiffs

18
19  DATED: November 22, 2013         /s/ Faryan Andrew Afifi
                                     Faryan Andrew Afifi
20                                   AFIFI LAW GROUP

21                                   Attorneys for Defendant
                                     Yucatan Foods, L.P.
22

23
                        [~~PROPOSED~~] ORDER
24
    Good cause appearing therefor, **IT IS SO ORDERED.**
25

26
    Dated: __11/22_____, 2013   _____
27                                   Hon. Richard Seeborg
                                     United States District Judge
28
                                    -2-
                                CV13-3544-RS
        JOINT STIPULATION RE DEFENDANT'S MOTION TO DISMISS COMPLAINT; [PROPOSED ORDER]

**L.R. 5-1(i)(3) ECF Attestation**

I, Pierce Gore, am the ECF user whose ID and password are being used to file the following: JOINT STIPULATION and [PROPOSED] ORDER re BRIEFING and HEARING SCHEDULE for DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT. In compliance with L.R. 5-1(i)(3), I hereby attest that Faryan Andrew Afifi has concurred in this filing.

/s/ Pierce Gore
BEN F. PIERCE GORE