IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY P. SWEARINGEN and JOSHUA OGDEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

YUCATAN FOODS, L.P.,

    Defendant.

_____/

No. C 13-3544 RS

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Having considered defendant's request for an order extending time and finding good cause appearing therefore, that request is hereby granted. Defendant is directed to file its answer to the complaint on or before March 7, 2014.

IT IS SO ORDERED.

Dated: 3/6/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 13-3544 RS
ORDER